IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                      Plaintiff,

     v.

REAL PROPERTY LOCATED AT 425
SEVENTH STREET, STOUGHTON,
WISCONSIN, DANE COUNTY,

                      Defendant.

ORDER

07-cv-00553-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Claimant Nicole Ehr has asked for a stay of further proceedings until the criminal proceedings against her are resolved in the Circuit Court for Dane County. Claimant does not state when the trial is scheduled and a review of the Wisconsin Circuit Court Access Program does not show that a trial date has been set. I am reluctant to stay the case for an indeterminate length of time without a more specific showing that going forward in this case will run a risk of violating claimant's right against self-incrimination in the criminal case.

      Claimant may have until December 26, 2007, in which to advise the court more specifically why she believes a stay is necessary. The government may have until January 7,

1

2008 in which to respond.

Entered this 13th day of December, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2