IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                          Plaintiff,                              ORDER

        v.
                                                        3:07-cv-0553-bbc
REAL PROPERTY LOCATED AT
425 SEVENTH STREET, STOUGHTON,
WISCONSIN, DANE COUNTY,

                          Defendant.

---

On December 19, 2007, this court held an unrecorded telephonic status conference. Plaintiff was represented by Assistant United States Attorney Elizabeth Altman. Claimant Anchor Bank, FSB was represented by Attorney Peter J. Richter. Claimant Nicole Ehr was represented by Attorney Stephen Meyer.

The parties reported that Ms. Ehr is scheduled for criminal trial in the circuit court for Dane County starting February 18, 2008. Pending that trial, Ms. Ehr will be asserting her right against self-incrimination and will not participate personally in discovery. Attorney Meyer further reported that this trial date is a "first date" that probably will not stick; due to Judge Fiedler's calendar, if there is a "second date," it likely will not be until April. Attorney Meyer finally reported that it already looks as if Ms. Ehr's case might resolve itself short of trial, but he is not in a position to commit to an outcome. Finally, the attorneys reported that forfeiture cases of this nature usually resolve themselves through negotiation. In light of all this, I granted

a temporary stay in order to give the parties the opportunity to resolve this case without formal discovery or motions.  I set a second telephonic status conference for February 13, 2008, at 8:45 a.m.  The government is responsible for arranging the conference call to chambers.  The parties are excused from providing briefs in response to this court's December 13, 2007 order.

Entered this 20th day of December, 2007.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge