IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 425 SOUTH SEVENTH STREET, STOUGHTON, DANE COUNTY, WISCONSIN, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON,<br><br>  Defendant. | Case No. 07-C-0553-C |

CERTIFICATE OF REASONABLE CAUSE

Upon motion of the United States and review of the entire file of this case, the Court hereby certifies that there was reasonable cause for the seizure of the defendant real property located at 425 South Seventh Street, Stoughton, Dane County, Wisconsin, in that it was subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(7).

Executed this 5th day of May 2008.

Barbara B. Crabb
BARBARA B. CRABB
United States District Judge