IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-C-0553-C |
| ) | |
| REAL PROPERTY LOCATED AT 425 SOUTH ) | |
| SEVENTH STREET, STOUGHTON, DANE ) | |
| COUNTY, WISCONSIN, WITH ALL ) | |
| APPURTENANCES AND IMPROVEMENTS ) | |
| THEREON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER OF FORFEITURE

Upon application of the United States of America, and review of the entire file in this case, the Court hereby finds:

1. The Stipulated Settlement Agreement is incorporated herein by reference and attached to the government's Application for Order of Forfeiture.

2. The twenty thousand dollars ($20,000.00) as substitute <u>res</u> for the real property located at 425 South Seventh Street, Stoughton, Dane County, Wisconsin, is condemned and forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(7).

3. The United States of America is to file a Release of <u>Lis Pendens</u> with the Register of Deeds for Dane County.

4. The United States Marshal for the Western District of Wisconsin is directed to:

    a. dispose of the twenty thousand dollars ($20,000.00) in accordance with federal law.

ORDERED this 5th day of May 2008.

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge